FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA HAYS,<br><br>Defendant. | No. 2:20-CR-00166-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 53)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 53**, United States' Response to the Motion, **ECF No. 56,** and Defendant's Response to the United States' objection, **ECF No. 57.**  Defendant recites in her response, **ECF No. 57,** that U.S. Probation does not oppose this request.  The Court notes that the United States does object to the motion.

Defendant is requesting to travel to Ashford, Washington in the Western District of Washington to visit an ailing friend.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 53,** is **GRANTED**.  Defendant is permitted to travel from the Eastern District of Washington to Ashford, Washington *provided* she obtains pre-approval from U.S. Probation before leaving this District and provides an address where she will reside and telephone number where she can be reached at all times she is out of this District.  She will return to the Eastern District of Washington on or before December 27, 2020.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 23, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2