UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hays, Pamela | Docket No. | 0980 2:20CR00166-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Pamela Hays, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Additional Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation. Pretrial Services shall determine the evaluator and schedule.

The release order also cites the following: "Defendant shall complete treatment indicated by evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program."

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Pamela Hays is alleged to have violated the conditions of pretrial release supervision by being unsuccessfully discharged from intensive outpatient substance abuse treatment at Colonial Clinic on September 15, 2021.

On December 18, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Hays. Ms. Hays acknowledged an understanding of the conditions, which included additional condition number 24.

On March 8, 2021, Ms. Hays participated in a substance abuse evaluation at Pioneer Human Services (PHS). As a result of this evaluation, it was recommended that Ms. Hays participate in intensive outpatient substance abuse treatment (IOP). On March 26, 2021, Ms. Hays was admitted into IOP services at PHS. On June 22, 2021, Ms. Hays' substance abuse counselor at PHS advised she was unsuccessfully discharged from IOP services due to her unwillingness to address her substance abuse disorder and lack of personal accountability.

On August 9, 2021, Ms. Hays enrolled into intensive outpatient substance abuse treatment at Colonial Clinic. On September 15, 2021, Ms. Hays was unsuccessfully discharged from Colonial Clinic. She was discharged after allegedly being observed by a Colonial Clinic staff member at a bar consuming three beers on September 7, 2021. She also allegedly had a rules/regulations infraction involving another client. Additionally, Ms. Hays reportedly fell asleep while in group sessions at Colonial Clinic while others, including guest speakers, were sharing their life stories.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 23, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Hays, Pamela
September 23, 2021
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

September 23, 2021
Date